**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**CLIFFORD DAVIS/ODELL HORTON FEDERAL BUILDING**
**and UNITED STATES COURTHOUSE**
**167 N. MAIN STREET, ROOM 262**
**MEMPHIS, TENNESSEE 38103**

THOMAS M. GOULD,                                                WENDY OLIVER
CLERK OF COURT                                              CHIEF DEPUTY, MEMPHIS


August 28, 2020


Clerk, U. S. District Court
Southern District of Mississippi


RE:   United States of America v. Lambert Martin & Joseph B. Kyles
      Your Case # 3:20cr37 CWR-FKB
      Our Case # 2:20mj096-1 cgc (Martin) & 2:20mj097-1 cgc(Kyles)

Dear Clerk:

Please be advised that the above referenced defendants were arrested in the Western District of Tennessee (Memphis) on warrants issued by the Southern District of Mississippi. Defendant Martin appeared before United States Magistrate Judge Charmiane G. Claxton on August 25, 2020. Defendant Kyles appeared before United States Magistrate Judge on August 26, 2020.


[ ]   The defendant has been detained and remanded to the custody of the United States Marshal for transport.

[ x ]   The defendants have been released on an $1,000.00 Unsecured bond and ordered to appear in your district on the following date:  September 10, 2020 at 9:00 AM in Courtroom 5D.
.


All documents completed in this district may be accessed via PACER and at our website at: https://ecf.tnwd.uscourts.gov.


                                            Thank you,

                                            THOMAS M. GOULD, CLERK

                                            BY:   s/ Chris Sowell
                                                  Chris Sowell, Case Manager
                                                  (901) 495-1218